UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
Civil Action No. 06-34-P-H

| | |
|---|---|
| WAITES LANDING WATERFRONT ASSOCIATION,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>ONE BEACON INSURANCE COMPANY,<br><br>　　　　　　Defendant | STIPULATION OF DISMISSAL |

　　　　NOW COME the parties, by and through counsel, and hereby dismiss their claims in the above matter, with prejudice and without costs to either party.

DATE: *May 11, 2006*　　　　　　　_____
　　　　　　　　　　　　　　　　　　Louise K. Thomas, Esq.
　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

DATE: *May 4, 2006*　　　　　　　_____
　　　　　　　　　　　　　　　　　　Martica S. Douglas, Esq., Bar No. 558
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　OneBeacon Insurance Company

CERTIFICATE OF SERVICE

　　　　I hereby certify that on May 11th, 2006 I electronically filed the above document with the Clerk of court using the CM/ECF system, which will send notice of such filing to Martica S. Douglas, Esq.

　　　　Dated at Portland, Maine, this 11th day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/ Louise K.Thomas
　　　　　　　　　　　　　　　　　　Louise K. Thomas, Esq.